IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0658
 ((((((((((((((((

 Marcy L. Miles Taylor

 v.

 TERRY L. TAYLOR

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the suggestion of bankruptcy of Terry L. Taylor,
filed with this Court on September 7, 2006, this case is ABATED. Tex. R.
App. P. 8.2.
 2. This case is removed from the Court's active docket and shall
be treated as closed, subject to reinstatement upon proper motion. Tex. R.
App. P. 8.3. All motions and other documents pending or filed are abated
subject to being reurged in the event the case is reinstated. Tex. R. App.
P. 8.2 and 8.3. It is the parties' responsibility to immediately notify
this Court once the automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 13th day of November, 2006.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk